**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

GERMAN DANILO JIMENEZ JIMENEZ,
Petitioner,
v.
LUIS SOTO, et al.,
Respondents.

Civil Action No. 2:26-cv-09372-JXN

**ORDER**

Before the Court is Petitioner German Danilo Jimenez Jimenez's Motion to Voluntarily Dismiss Petition Without Prejudice. Having considered the motion, the Court GRANTS it.

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case.

THUS DONE AND SIGNED on October 13, 2026.

JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE